IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| Jane Doe by and through her next friend and natural parent N.O.; M.F. by and through her next friend, Ashley Berry, Esq., B.D.H., B.J.H., and W.H. by and through their next friends, Shelia Hart and James Hart, individually and on behalf of all other similarly situated children,<br><br>    Plaintiffs,<br><br>v.<br><br>Prisma Health Medical Group, Midlands Family and Child Advocacy Clinic, Olga Rosa, M.D., Shelby Brady, FNP-C, Jennifer Leigh Sabo, M.D., Ladonna Alexandria Young, M.D., and Susan Michelle Lamb, M.D.,<br><br>    Defendants. | 3:24-cv-4141-JDA<br>Case No. 2024-CP-40-02999<br><br>**NOTICE OF REMOVAL** |

    Pursuant to 28 U.S.C. § 1446, Defendants invoke the jurisdiction of the United States District Court for the District of South Carolina and state the following grounds for removal:

    1.    Plaintiffs brought the above-captioned action in the Court of Common Pleas, County of Richland, seeking injunctive relief and damages for alleged violations of Plaintiffs' constitutionally protected rights. Specifically, Plaintiffs allege violations under 42 U.S.C. § 1983 and the United States and South Carolina Constitutions.

1

2. Upon information and belief, Plaintiffs are citizens and residents of the State of South Carolina.

3. Defendants shall pay all costs and disbursements incurred by reason of the removal proceedings should it be determined that the said action was not removable or was improperly removed. Pursuant to 28 U.S.C. § 1331, the district courts have original jurisdiction in all civil actions arising under the Constitution, laws, or treaties of the United States. This action alleges federal claims that come within the original jurisdiction of the United States District Court.

4. In addition, the Columbia Division is the proper venue given that upon information and belief the events alleged in the Complaint took place within the Columbia Division in Richland County, South Carolina.

5. Upon information and belief, said action was commenced by the attempted service of the Summons and Complaint, attached hereto, upon Defendants, and that this Notice of Removal is filed pursuant to 28 U.S.C. § 1446 within thirty (30) days of the receipt by these Defendants of the Complaint setting forth the demand upon which relief is claimed.

6. The attorney of record for Defendants Prisma Health Medical Group, Midlands Family and Child Advocacy Clinic, Shelby Brady, FNP-C and Jennifer Leigh Sabo, M.D. signs this Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure.

7. The attorneys of record for the remaining Defendants have all consented to the removal. *See* Exhibit A.

8. True and correct copies of all pleadings filed in the Court of Common Pleas, County of Richland, are attached.

9. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed with the Clerk of Court for the County of Richland, South Carolina, and served upon counsel for Plaintiffs.

WHEREFORE, Defendants ask this Court to accept this Notice of Removal and assume jurisdiction over the above-captioned case, and to stay all further proceedings related to the case filed in the Court of Common Pleas, County of Richland, State of South Carolina, bearing Civil Action Number 2024-CP-40-02999.

SMITH │ ROBINSON

 s/ Daniel C. Plyler
Daniel C. Plyler, Fed. ID No. 9762
Tina Cundari, Fed. ID No. 9679
Austin T. Reed, Fed. ID No. 13405
Rachel E. Lee, Fed. ID No. 13563
3200 Devine Street
Columbia, SC 29205
T: 803-254-5445
F: 803-254-5007
Daniel.Plyler@smithrobinsonlaw.com
Tina.Cundari@smithrobinsonlaw.com
Austin.Reed@smithrobinsonlaw.com
Rachel.Lee@smithrobinsonlaw.com

AND

G. Murrell Smith, Jr., Fed. ID No. 6120
Post Office Box 580
Sumter, SC  29151
T:  803-778-2471
Murrell@smithrobinsonlaw.com

*Counsel for Defendants Prisma Health Medical Group, Midlands Family and Child Advocacy Clinic, Brady, and Sabo*

Columbia, South Carolina
July 25, 2024

3