AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

| | |
|---|---|
| Jane Doe *by and through her next friend and natural parent N.O.*; M.F. *by and through her next friend, Ashley Berry, Esq.*; B.D.H. *by and through their next friends, Sheila Hart and James Hart*; B.J.H. *by and through their next friends, Sheila Hart and James Hart*; W.H. *by and through their next friends, Sheila Hart and James Hart*; <br><br>*Plaintiffs* <br> v. <br><br> Prisma Health Medical Group; Midlands Family and Child Advocacy Clinic; Olga Rosa, M.D.; Shelby Brady, FNP-C; Jennifer Leigh Sabo, M.D.; Ladonna Alexandria Young, M.D.; Susan Michelle Lamb, M.D.; <br><br>*Defendants* | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.   3:23-cv-04141-JDA |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ the plaintiffs, Jane Doe *by and through her next friend and natural parent N.O.*; M.F. *by and through her next friend, Ashley Berry, Esq.*; B.D.H. *by and through their next friends, Sheila Hart and James Hart*; B.J.H. *by and through their next friends, Sheila Hart and James Hart*; and W.H. *by and through their next friends, Sheila Hart and James Hart*, take nothing of the defendants, Prisma Health Medical Group; Midlands Family and Child Advocacy Clinic; Olga Rosa, M.D.; Shelby Brady, FNP-C; Jennifer Leigh Sabo, M.D.; Ladonna Alexandria Young, M.D.; and Susan Michelle Lamb, M.D., and this action is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Jacquelyn D. Austin, US District Judge, presiding.  The Court having heard and granted the defendants' motions to dismiss.

Date:          July 30, 2025          *ROBIN L. BLUME, CLERK OF COURT*

                                                s/ Amanda D. Hilley

*Signature of Clerk or Deputy Clerk*